# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JENGHIZ K. STEWART ) | |
| ) | 2:11-cv-00997 JWS (ECV) |
| Plaintiff, ) | |
| ) | |
| vs. ) | OPINION AND ORDER |
| ) | |
| UNKNOWN PARTIES, ) | [Re: REPORT at docket 48] |
| ) | |
| Defendants. ) | |

    At docket 48, the magistrate judge recommended that this case be dismissed without prejudice for plaintiff's failure to keep the court advised of his current address. Two days later plaintiff filed a notice of change of address. The policies favoring resolution of disputes on the merits and efficient administration of justice weigh heavily against dismissing the case. A briefing schedule has been fixed for defendants' motion to dismiss at docket 47. Under these circumstances, this court elects to reject the recommendation at docket 48. This case will proceed on the merits. As has been noted in a prior order, the motion at docket 47 is on referral to Hon. James F. Metcalf for a report and recommendation.

    DATED this 22nd day of July 2013.

                                                    /S/
                                    JOHN W. SEDWICK
                        UNITED STATES DISTRICT JUDGE